FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRUCE ARMAND CERNY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CALIFORNIA BOARD OF PRISON ) <br> TERMS, et al., ) <br> ) <br> Respondents. ) | No. EDCV 05-1090 R (AJW) <br><br> ORDER ADOPTING REPORT AND <br> RECOMMENDATION OF <br> MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and respondent's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: June 24, 2010

_____
Manuel Real
United States District Judge