FILED
CLERK, U.S. DISTRICT COURT

JUN 24 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRUCE ARMAND CERNY, ) | Case No. EDCV 05-1090-R(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| CALIFORNIA BOARD OF PRISON ) TERMS, et al., ) | |
| Respondents. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is granted, and respondent is directed to release petitioner on parole within thirty (30) days of the date of entry of judgment.

Dated: June 24, 2010

_____
Manuel Real
United States District Judge