UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRUCE ARMAND CERNY, | ) |
|         Petitioner, | ) Case No. EDCV 05-1090-R(AJW) |
|    v. | ) |
| CALIFORNIA BOARD OF PRISON TERMS, et al., | ) JUDGMENT |
|         Respondents. | ) |

    Pursuant to the order of the Ninth Circuit Court of Appeals, it is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: December 28, 2012

_____
Manuel L. Real
United States District Judge